Mark J. Austin (SBN 208880)
E-mail: maustin@bwslaw.com
Michelle H. Le (SBN 304264)
E-mail: mle@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for CITY OF TORRANCE

*FILING FEE EXEMPT PURSUANT TO GOVERNMENT CODE § 6103*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA SALAZAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF TORRANCE, RYAN CADIZ, AND JOHN ESCARENO JR.,<br><br>　　　　　Defendants. | Case No. 2:24-CV-07692-DMG-JC<br><br>**PROOF OF SERVICE OF INITIAL STANDING ORDER DATED SEPTEMBER 19, 2024**<br><br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C, 8th floor |

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

　　　At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 2400, Los Angeles, CA 90071-2953.

　　　On September 20, 2024, I served true copies of the following document(s) described as **INITIAL STANDING ORDER** on the interested parties in this action as follows:

<b>SEE ATTACHED SERVICE LIST</b>

　　　**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address vvaldivia@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2 | Executed on September 20, 2024, at Los Angeles, California.

                                        /s/ Vanessa A. Valdivia
                                        Vanessa A. Valdivia

**SERVICE LIST**
**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

| | |
|---|---|
| Dale K. Galipo<br>LAW OFFICES OF DALE K. GALIPO<br><br>*Attorneys for Plaintiff*<br>*Maria Salazar* | dalekgalipo@yahoo.com<br>sleap@galipolaw.com<br>slaurel@galipolaw.com |
| Christian Cardona<br>CARDONA LAW FIRM APC<br><br>*Attorneys for Plaintiff*<br>*Maria Salazar* | Christian@Cardonafirm.com |