Mark J. Austin (SBN 208880)
E-mail: maustin@bwslaw.com
Michelle H. Le (SBN 304264)
E-mail: mle@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for CITY OF TORRANCE

FILING FEE EXEMPT PURSUANT TO GOVERNMENT CODE § 6103

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA SALAZAR,<br><br>       Plaintiff,<br><br>  v.<br><br>CITY OF TORRANCE, RYAN CADIZ, AND JOHN ESCARENO JR.,<br><br>       Defendants. | Case No. 2:24-CV-07692-DMG-JC<br><br>**PROOF OF SERVICE**<br><br>Date: Nov 8, 2024<br>Time: 9:30 a.m.<br><br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C, 8th floor |

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 2400, Los Angeles, CA 90071-2953.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  On September 23, 2024, I served true copies of the following document(s) described as **PROOF OF SERVICE** on the interested parties in this action as follows:

| | |
|---|---|
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (SBN 144074)<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>dalekgalipo@yahoo.com<br>slaurel@galipolaw.com<br>sleap@galipolaw.com | Attorneys for Plaintiff<br>MARIA SALAZAR |
| CARDONA LAW FIRM APC<br>Christian Cardona (SBN 345715)<br>600 W. Santa Ana, Blvd., Ste. 790<br>Santa Ana, CA 92701<br>(714) 953-3107 | Fax (714) 953-3119<br>Christian@Cardonafirm.com | |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address vvaldivia@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 23, 2024, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　 */s/ Vanessa A. Valdivia*
　　　　　　　　　　　　　　　　　　　　 Vanessa A. Valdivia