Judge Dolly M. Gee

**SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET**

Case No. _2:24-CV-07692-DMG-JC_   Case Name: _Maria Salazar v. City of Torrance, et al._

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL** [ ] Court   [x] Jury<br><br>Duration Estimate: 5-7 days | April 28, 2026<br><br>(Tuesday)[3] | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br><br>4 wks before trial | March 31, 2026<br><br>(Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | 02/06/2025 |
| Non–Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | 12/23/2025 |
| Motion Cut-Off (filing deadline) | at least 13 wks before FPTC | 12/30/2025 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | 01/27/2026 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | 02/24/2026 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | 03/10/2026 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | 03/03/2026 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | 03/10/2026 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | 03/17/2026 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | | |

**EXHIBIT A**

---

[3]   Trials commence on Tuesdays. Final pretrial conferences are held on Tuesdays.