Dale K. Galipo (SBN 144074)
21800 Burbank Ave., Suite 310
Woodland Hills, CA 91367
(818)347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Salazar<br><br>Plaintiff(s),<br>v.<br><br>City of Torrance, Ryan Cadiz, John Escareno, Jr.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cv−07692−DMG−JC<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that ____Richard Copeland____ may serve as the Panel Mediator in the above-captioned case. ____Shannon J. Leap____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ____TBD____ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: ____

Dated: 12/4/2024     /s/ Dale K. Galipo
                    Attorney For Plaintiff   Maria Salazar

Dated: 12/12/2024    /s/ Christian Cardona
                    Attorney For Plaintiff   Maria Salazar

Dated: 12/12/2024    /s/ Mark J. Austin
                    Attorney For Defendant   City of Torrance, Ryan Cadiz

Dated:              
                    Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)     **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**