AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MARIA SALAZAR <br> *Plaintiff(s)* <br> v. <br> CITY OF TORRANCE, RYAN CADIZ, AND JOHN ESCARENO JR. <br> *Defendant(s)* <br><br> CITY OF TORRANCE AND RYAN CADIZ, <br> *Cross-Claimants,* <br> v. <br> JOHN ESCARENO, JR.; and ROES 1-10, INCLUSIVE, <br> *Cross-Defendants.* | Civil Action No. 2:24-CV-07692-DMG-JC |

## SUMMONS IN A CIVIL ACTION
## ON CROSSCLAIM

To: *(Defendant's name and address)*
Defendant/Cross-Defendant John Escareno, Jr.
Booking No. 6740762
Pitchess Detention Center
North Facility
29340 The Old Road,
Castaic, CA 91384

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Cross-Claimants an answer to the attached crossclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Cross-Claimants or their attorneys, whose names and address are:

Mark J. Austin
Michelle H. Le
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-103
E-mail: maustin@bwslaw.com ; E-mail: mle@bwslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the crossclaim. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/15/2025

Grace Kami

*Signature of Clerk or Deputy Clerk*

4922-1691-3449 v1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-07692-DMG-JC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

4922-1691-3449 v1