| Attorney or Party without Attorney:<br>Mark J. Austin (SBN 208880) / Michelle H. Le (SBN 304264)<br>BURKE, WILLIAMS & SORENSEN, LLP<br>18300 Von Karman Avenue, Suite 650 Irvine, CA 92612<br><br>Telephone No: 949-863-3363<br>Attorney For: Defendant/Cross-Claimants<br>CITY OF TORRANCE and RYAN CADIZ | | Ref. No. or File No.:<br>07624.0004 | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION | | | | |
| Plaintiff: MARIA SALAZAR,<br>Defendant: CITY OF TORRANCE, et al, | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-CV-07692-DMG-JC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action on Cross-Claim; Amended Answer And Crossclaim Of Defendants/Cross-Claimants City Of Torrance And Ryan Cadiz Against Defendant/Cross-Defendant John Escareno, Jr.

3. a. Party served:   JOHN ESCARENO, JR.
   b. Person served: Same as party in item 3a, served under F.R.C.P. Rule 4.

4. Address where the party was served:   2737 W Cecil Ave,
   Delano, CA 93215

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on:   4-25-25

6. **Person Who Served Papers:**
   a. E. Mota
   b.

   d. The Fee for Service was:   ∅

   c.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   4/25/25
   (Date)                    (Signature)



PROOF OF SERVICE

13131239
(17202497)