Mark J. Austin (SBN 208880)
maustin@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for Defendant
CITY OF TORRANCE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA SALAZAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF TORRANCE, RYAN CADIZ, AND JOHN ESCARENO JR.,<br><br>　　　　Defendants. | Case No. 2:24-CV-07692-DMG-JC<br><br>Judge: Hon. Dolly M. Gee<br>Dept.: 8C<br><br>**[PROPOSED] ORDER ON DEFENDANT CITY OF TORRANCE'S *EX PARTE* APPLICATION TO ALLOW FURTHER DISCOVERY AND CONTINUE TRIAL DATE AND RELATED DATES**<br><br>**[Submitted concurrently with *Ex Parte* Application and Declaration of Mark J. Austin]** |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

Case No. 2:24-CV-07692-DMG-JC
[PROPOSED] ORDER ON CITY'S *EX PARTE*
APPLICATION TO CONTINUE CASE DATES

# [PROPOSED] ORDER

The *ex parte* application filed by Defendant City of Torrance ("City") on December 29, 2025, seeking an order allowing for further discovery and continuing the trial date and all related case dates, has been considered by the Court, the Honorable Dolly M. Gee, presiding. Having considered the *ex parte* application, any papers filed in support of and in opposition thereto, the documents on file in this action, and the written and/or oral arguments of counsel, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The non-expert discovery cut-off is hereby continued from December 23, 2025, to _____;
2. The deadline for filing motions is hereby continued from January 2, 2026, to _____;
3. The deadline for hearing any dispositive motions is hereby continued from February 6, 2026, to _____;
4. The deadline for initial expert disclosures and reports is hereby continued from January 27, 2026, to _____;
5. The deadline for rebuttal expert disclosures and reports is hereby continued from February 24, 2026, to _____;
6. The settlement-conference completion date is hereby continued from March 3, 2026 to _____;
7. The expert-discovery cut-off is hereby continued from March 10, 2026, to _____;
8. The deadline for filing the Joint Status Report re Settlement and any motions *in limine* is hereby continued from March 10, 2026, to _____;
9. The deadline for filing any opposition to motions *in limine* is hereby continued from March 17, 2026, to _____;
10. The Final Pre-Trial Conference is hereby continued from March 31, 2026, to

1   _____; and

2   11. The trial date is hereby continued from April 28, 2026, to

3   _____.

4   **IT IS SO ORDERED.**

6   DATED:

_____

Hon. Dolly M. Gee
U.S. District Court Judge

# PROOF OF SERVICE

**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On December 29, 2025, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON DEFENDANT CITY OF TORRANCE'S EX PARTE APPLICATION TO ALLOW FURTHER DISCOVERY AND CONTINUE TRIAL DATE AND RELATED DATES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 29, 2025, at Irvine, California.

/s/ Bernadette C. Antle
Bernadette C. Antle

**SERVICE LIST**
**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

| | |
|---|---|
| Dale K. Galipo<br>LAW OFFICES OF DALE K. GALIPO | dalekgalipo@yahoo.com<br>ldeleon@galipolaw.com<br>cmayne@galipolaw.com<br>dgilbert@galipolaw.com |
| *Attorneys for Plaintiff Maria Salazar* | |
| Christian Cardona<br>CARDONA LAW FIRM APC | Christian@Cardonafirm.com |
| *Attorneys for Plaintiff Maria Salazar* | |