# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIA SALAZAR<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF TORRANCE, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–07692–DMG–JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   12/29/2025

Document No.:   38

Title of Document:   Defendant City of Torrance's Ex Parte Application to Allow Further Discovery and to Continue Trial Date and Related Dates

**ERROR(S) WITH DOCUMENT:**

It appears that the PDF image submitted as Attachment 1 to Document No. 38 is either corrupt or malformed, and portions of the attachment cannot be viewed.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 30, 2025          By:   /s/ *Grace Kami*  grace_kami@cacd.uscourts.gov
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS