Mark J. Austin (SBN 208880)
E-mail: maustin@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for Defendants
CITY OF TORRANCE and RYAN CADIZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA SALAZAR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TORRANCE, RYAN CADIZ, AND JOHN ESCARENO JR.,<br><br>Defendants. | Case No. 2:24-CV-07692-DMG-JC<br><br>Judge: Hon. Dolly M. Gee<br>Dept.: 8C<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FRCP 56]**<br><br><u>**Hearing:**</u><br>Date: February 6, 2026<br>Time: 2:00 p.m.<br>Dept.: 8C |

4924-9892-9031 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

Case No. 2:24-CV-07692-DMG-JC
REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR SUMMARY JUDGMENT

In accordance with Federal Rule of Evidence, Rules 201(b)(1) and (2), Defendants City of Torrance and Ryan Cadiz hereby respectfully request this Court take judicial notice of the following documents or matters, the authenticity of which are attested to in the accompanying declaration of Mark J. Austin:

1. **Exhibit 4**: Minute Order of the Honorable Hector M. Guzman, dated March 20, 2025, from Pre-Trial Conference Hearing, in Los Angeles County Superior Court Case No. 24TRCF00029-01, against Defendant John Escareno.

2. **Exhibit 5**: Felony Sentencing Memorandum, dated May 20, 2025, from Los Angeles County Superior Court Case No. 24TRCF00029-01, against Defendant John Escareno.

3. **Exhibit 6**: Minute Order of the Honorable Hector M. Guzman, dated March 26, 2025, from Nunc Pro Tunc Order Hearing, in Los Angeles County Superior Court Case No. 24TRCF00029-01, against Defendant John Escareno.

Dated:  January 9, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Mark J. Austin
Mark J. Austin
Attorneys for Defendants
CITY OF TORRANCE and RYAN CADIZ

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4924-9892-9031 v1

2

Case No. 2:24-CV-07692-DMG-JC
REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 4

**EXHIBIT 4**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Criminal Division
### Torrance Dept. - F

**24TRCF00029-01**            March 20, 2025

**The People of the State of California**      8:30 AM
vs.
**Escareno, John**

Honorable Hector M. Guzman, Judge
S. Rosario, Judicial Assistant        Paulette Francesca (#8942), Court Reporter

---

VC10851(a), PC666.5, PC487(d)(1), PC666.5, VC2800.1, PC215(a), VC2800.4, PC215(a), VC2800.4

**NATURE OF PROCEEDINGS:** Pre-Trial Conference Hearing

The following parties are present for the aforementioned proceeding:

     John Escareno, Defendant
     Ashley X. Wu, Deputy Public Defender
     Shiraz Khalid, Deputy District Attorney

---

The matter is called for Pre-Trial Conference Hearing.

See nunc pro tunc minute order dated 03/26/2025

On People's Motion, amended Information is filed to add a Prior as to Count 001, a violation of PC1170.12.

On People's Motion, amended Information is filed to add a Prior as to Count 002, a violation of PC1170.12.

On People's Motion, amended Information is filed to add a Prior as to Count 004, a violation of PC1170.12.

On People's Motion, amended Information is filed to add a Prior as to Count 006, a violation of PC1170.12.

On People's Motion, amended Information is filed to add a Prior as to Count 007, a violation of PC1170.12.

The Defendant is arraigned on the Amended Information, waives reading of the information and statement of constitutional rights.

The Defendant is advised of, understands, and personally waives the following rights, the right against self incrimination, the right to confront and cross examine witnesses, the right to produce evidence and present a defense, and the right to a Trial by Court or Jury.

---

Minute Order        Page **1** of **5**

**EXHIBIT 4**
- 4 -

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
## Torrance Dept. - F

24TRCF00029-01

March 20, 2025

**The People of the State of California**
vs.
**Escareno, John**

8:30 AM

The Defendant is advised of the nature of charges, elements of the offenses, and possible defenses to such charges. The Defendant is advised of the possible consequences of a plea of guilty or nolo contendere, including maximum penalty and administrative sanctions and the possible legal effects and maximum penalties incident to subsequent convictions for the same or similar offenses.

The Defendant is advised that if not a United States citizen, a conviction of the offense charged will have the consequences of deportation, exclusion from admission or reentry to the United States, and denial of naturalization and amnesty.

The Defendant is advised of effects of parole.

The Defendant is advised of the effects of probation.


Counsel for the Defendant joins in the waiver and concurs in the plea.
The Court finds that each waiver is knowingly, understandingly, voluntarily, and explicitly made.
The Court finds there is a factual basis for the Defendant's plea.
The Court accepts the plea.

The Court finds a factual basis for the plea and admission based on:
Probation report

As to Count 004: PC215(a), Felony, the Defendant enters a plea of Nolo Contendere with the approval of the Court. The Court finds the Defendant guilty.


As to Count 004: PC1170.12, the Defendant admits

The Defendant admits that he suffered a prior in case number NA094935, PC 245(a)(1), 3/8/2013, Los Angeles Superior Court.


As to Count 006: PC215(a), Felony, the Defendant enters a plea of Nolo Contendere with the approval of the Court. The Court finds the Defendant guilty.


As to Count 006: PC1170.12, the Defendant admits

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
### Torrance Dept. - F

24TRCF00029-01  March 20, 2025
8:30 AM

The People of the State of California
vs.
Escareno, John

Disposition as to Count 004, PC215(a), Felony: Conviction After Plea

Disposition as to Count 004, PC1170.12, Prior: Allegation Court Finds True

Disposition as to Count 006, PC215(a), Felony: Conviction After Plea

Disposition as to Count 006, PC1170.12, Prior: Allegation Court Finds True

Disposition as to Count 001, VC10851(a), Felony: Dismissed Due to Plea Negotiation

Disposition as to Count 001, PC1170.12, Prior: Dismissed Due to Plea Negotiation

Disposition as to Count 001, PC666.5, Prior: Dismissed Due to Plea Negotiation

Disposition as to Count 002, PC487(d)(1), Felony: Dismissed Due to Plea Negotiation

Disposition as to Count 002, PC1170.12, Prior: Dismissed Due to Plea Negotiation

Disposition as to Count 002, PC666.5, Prior: Dismissed Due to Plea Negotiation

Disposition as to Count 003, VC2800.1, Misdemeanor: Dismissed Due to Plea Negotiation

Disposition as to Count 007, VC2800.4, Felony: Dismissed Due to Plea Negotiation

Disposition as to Count 007, PC1170.12, Prior: Dismissed Due to Plea Negotiation

The Court orders the Probation Department to prepare a Firearm Prohibition Relinquishment report pursuant to Penal Code section 29810. Pursuant to Los Angeles Superior Court Local Court Rules 8.14, delivery of probation department report must be delivered no later than noon of the court day preceding the hearing for the report. Any request seeking an extension of time in which to complete the report must be in writing and delivered in compliance with this rule.

The Court has read and considered the Probation report filed on 02/20/2025.

The Defendant waives time for sentencing.

The Defendant waives arraignment for judgment and states there is no legal cause why sentence should not be pronounced. The Court orders the following judgment:

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
## Torrance Dept. - F

24TRCF00029-01                                                                                  **March 20, 2025**

The People of the State of California                                                                     8:30 AM
vs.
Escareno, John

### CONFINEMENT/FINE:

**The Defendant is sentenced to a total of 13 Years - 4 months**
As to Count 006 PC215(a), Felony: Probation is Denied.
The Court selects the Mid Term of 10 Years in State Prison. Sentence is imposed pursuant to Penal Code section 1170.12(a) - (d) and Penal Code section 667(b) - (i).
Mid-term 5 years, plus 5 years pursuant to the strike allegation.

**The Defendant is given total credit of 501 Days as follows:**
*435 Days Actual Custody Credit and 66 Days Good Time/Work Time*

### CONFINEMENT/FINE:

As to Count 004 PC215(a), Felony: Probation is Denied.
The Court selects 1/3 of the mid term which is 3 Years 4 Months in State Prison. Sentence is imposed pursuant to Penal Code section 1170.12(a) - (d) and Penal Code section 667(b) - (i). Consecutive to Count 006.
One-third the mid-term 1-year 8-months, plus 1-year 8 months pursuant to the strike allegation.

### ADDITIONAL COURT ORDERS:

FIN01: Make restitution to the victim per Penal Code section 1202.4(f) in an amount to be determined at a hearing. Defendant waives appearance.
FIN12: Pay restitution fine pursuant to Penal Code section 1202.4(b) in the amount of $300.00
FIN15: Pay parole/postrelease community supervision/ mandatory supervision fine, pursuant to Penal Code section 1202.45, which is ordered stayed unless parole, postrelease community supervision, or mandatory supervision is revoked, in the amount of $300.00
FIN16: Pay court operations assessment fee pursuant to Penal Code section 1465.8(a)(1) in the amount of $40 per convicted offense for a total of $40.00
FIN17: Pay criminal conviction assessment fee pursuant to Government Code section 70373 in the amount of $30 per felony or misdemeanor conviction and $35 per infraction conviction for a total of $30.00
MISC01: Pursuant to Penal Code section 296, the Defendant is ordered to provide buccal swab samples, a right thumb print, a full palm print impression of each hand and any blood specimens or other biological samples as required by this section for law enforcement identification.
WEA04: Do not own, use or possess any dangerous or deadly weapons, including any firearms, knives or other weapons.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
### Torrance Dept. - F

| | |
|---|---|
| 24TRCF00029-01 | March 20, 2025 |
| The People of the State of California | 8:30 AM |
| vs. | |
| Escareno, John | |

Defendant is instructed by the Court that he/she is prohibited from owning, purchasing, receiving, possessing or having, under his/her custody or control, any firearms, ammunition, and ammunition feeding devices including, but not limited to, magazines. Defendant is ordered to relinquish all firearms in the manner provided in penal code section 29810. Defendant is provided with a prohibited persons relinquishment form.

The defendant refuses to complete the prohibited persons relinquishment form pursuant to his 5th amendment rights.

### ADDITIONAL COURT ORDERS:

FIN16: Pay court operations assessment fee pursuant to Penal Code section 1465.8(a)(1) in the amount of $40 per convicted offense for a total of $40.00
FIN17: Pay criminal conviction assessment fee pursuant to Government Code section 70373 in the amount of $30 per felony or misdemeanor conviction and $35 per infraction conviction for a total of $30.00

Firearms Prohibited Relinquishment Rpt - Non-Appearance Hrg and Restitution Hearing Setting is set for **Friday, May 2, 2025, at 8:30 AM in Torrance Dept. - F**.

Defendant Committed to State Prison.

Commitment issued.

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of 5 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: 1-6-2026   By: _Michelle W_, Deputy

- 9 -

# EXHIBIT 5

EXHIBIT 5

- 9 -

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
FELONY SENTENCING MEMORANDUM
PC § 1170(h)(3) Cases – State Prison Commitment or Probation (ESS or ISS)

| | |
|---|---|
| Defendant: Escareno, John | Case No.: 24TRCF00009-01 |
| Date: 3/20/25  Dept./Div.: F  Prosecutor: S. Khalid DDA | Defense Att'y: A. Wu DPD |
| Judge: H. Guzman  Clerk: S. Rosario  Reporter: P. Francesca | Interpreter/Language: |

**Arraignment for Judgment**
☒ Arraignment for judgment and time for sentencing is waived. There is no legal cause why judgment should not now be pronounced.
☐ Defendant waives right to be sentenced by judge who took plea and agrees to be sentenced by any judge of the court (Arbuckle waiver).

**Sentence**
1. ☒ As to Count __4__, a violation of § __215(a)__ of the ☐ Penal Code ☐ H&S Code ☐ W&I Code ☐ Vehicle Code ☐ _____ Code: _____
   ☐ Defendant is to be imprisoned in any State Prison for a total aggregate term of __10__ year(s) and ____ months, ☐ consecutive to ____ ☐ concurrent with ____.
   ☐ The court selects the ☐ low ☒ middle ☐ high term of __6__ years/months as the base term. ☐ Per the plea agreement. ☐ Forthwith commitment.
   ☒ The term imposed is calculated per PC § 667(b) through (i) and PC § 1170.12(a) through (e), the Three Strikes Law. (708)
   ☐ Plus an additional term of ____ years/months per PC § ____. ☐ Plus an additional term of ____ years/months per PC § ____.
2. ☒ As to Count __6__, Defendant is sentenced to __3 yrs__ years/months ☒ consecutive to the principle term, as 1/3 the mid-term ☐ concurrent with the principle term ☐ stayed PC § 654. (876)
3. ☐ As to Count ____, Defendant is sentenced to __4 mos__ years/months ☐ consecutive to the principle term, as 1/3 the mid-term ☐ concurrent with the principle term ☐ stayed PC § 654. (876)
4. ☐ As to Count ____, Defendant is sentenced to ____ years/months ☐ consecutive to the principle term, as 1/3 the mid-term ☐ concurrent with the principle term ☐ stayed PC § 654. (876)
5. ☐ The total aggregate term of imprisonment imposed for all counts and enhancements in this case is __13 years__ years/months. ☐ See attached memoranda for additional counts.
6. ☐ Defendant to receive custody credit of ____ days actual plus ____ days GT/WT, for a total of ____ days. ☐ Local conduct credits limited to 15 percent per PC § 2933.1.
7. ☐ Pay a fine of $____ plus penalty assessments. ☐ Pay the fines, fees, and assessments as set forth in paragraph 31 below.
8. ☐ Execution of the foregoing sentence is suspended (ESS), and Defendant is granted probation on the terms and conditions set forth below:

**Grant of Probation (PC § 1203)**
As to Count ____, a violation of § ____ of the ☐ Penal Code ☐ H&S Code ☐ W&I Code ☐ Vehicle Code ☐ _____ Code: _____
☐ Imposition of sentence is suspended (ISS). ☐ Probation is to be without formal supervision. ☐ Supervision suspended while on parole. ☐ Parole conditions control.
☐ Defendant is granted probation for ____ years/months upon the following terms and conditions:

1. ☐ Serve ____ days in the Los Angeles County Jail, ☐ consecutive to ____ ☐ concurrent with ____ ☐ Suspended.
   Defendant to receive custody credit of ____ days actual plus ____ days GT/WT, for a total of ____ days. ☐ Time may be served in any penal institution.
2. ☐ Serve ____ days in a ☐ residential ☐ outpatient treatment program: _____
   ☐ Defendant is to be released only to an authorized representative of that program and is to comply with all program terms and conditions. (013)
   ☐ If Defendant leaves or is discharged from the program for any reason prior to completion, Defendant is to report to court on the next court day. (013)
3. ☐ Perform ____ days of Community Labor (CalTrans, MTA-MAARS, HBT, graffiti removal, beach cleanup, community cleanup, ____), with credit for ____ days actual.
4. ☐ Pay a fine of $____ plus penalty assessments, or in default thereof serve ____ additional days in County jail, consecutive.
5. ☒ Make restitution to victim pursuant to PC § 1202.4(f) in the stipulated sum of $____. (048) ☐ in a stipulated sum not to exceed $____. (048) ☐ in an amount and the manner prescribed by the Probation Officer, subject to a hearing if requested. (068) ☐ Harvey waiver taken. ☐ Per any final civil judgment against you. (100)
6. ☐ Obey all laws and orders of the court (541) ☐ and rules and regulations of the Probation Department, as well as the Probation Officer's instructions. (542)
7. ☐ Report to the Probation Officer within 48 hours of your release from custody at the _____ Probation Office. (817)
8. ☐ Cooperate with the Probation Officer in a plan for (530) ☐ drug treatment and rehabilitation ☐ _____
9. ☐ Complete an approved ☐ 52 ☐ 26 ☐ ____ week ☐ sex offender program ☐ domestic violence program ☐ _____ counseling program.
10. ☐ Seek and maintain training, schooling, or employment as directed or approved by the Probation officer. (500)
11. ☐ Maintain residence as approved by the Probation Officer (536) and keep the Probation Officer advised of your work and home address and telephone numbers at all times. (564)
12. ☐ Support dependents as directed by the Probation Officer. (503)
13. ☐ Submit your person and property to search and seizure at any time of the day or night, by any Probation Officer or other peace officer, with or without a warrant, probable cause, or reasonable suspicion. (578)
14. ☒ Do not own, use, threaten to use, possess, buy, or sell any dangerous or deadly weapons, including any firearms, knives, or other concealable weapons. (230)
    ☐ The weapon involved in this case is ordered confiscated and destroyed by the arresting agency. (234)
15. ☐ Do not use or threaten to use force or violence against any person. Do not annoy, harass, molest, intimidate, or contact (directly or indirectly) any victim or witness in this case, especially _____. (913)
16. ☐ Stay ☐ ____ ☐ 100 yards away from and have no contact with _____. (904)
17. ☐ Stay ☐ ____ ☐ 100 yards away from ☐ the location of the arrest ☐ _____. (904)
18. ☐ Obey any Protective Order issued in this or any other case. (579) ☐ Defendant is served with a copy of the Protective Order in open court. (578)
19. ☐ Do not own, use, possess, buy, or sell any controlled substances, or associated paraphernalia, without valid prescription, and stay away from places where users, buyers, or sellers congregate. Do not associate with persons known by you to be controlled substance users or sellers, unless attending a drug treatment program. (926)
20. ☐ Submit to periodic controlled substance testing when requested by the Probation Officer or any other peace officer. (584)
21. ☐ Abstain from the use of alcoholic beverages, including beer and wine, and stay out of the places where they are the chief items of sale. (300)
22. ☐ Register with your local police agency as a ☐ controlled substance (H&S § 11590) (925) ☐ sex (PC § 290) (927) ☐ arson (PC § 457.1) (902) ☐ gang member (PC § 186.30) (877) offender, carry proof of registration at all times, and display registration to any peace officer upon request.
23. ☐ Use only your true name, stated to be: _____. (924) ☐ Do not give any false information to any peace officer at any time. (535)
24. ☐ If you are deported from/leave the United States, do not re-enter it illegally. If you do re-enter the United States, report to the Probation Officer within 72 hours of your return and show proof that you are lawfully within the United States. (469) If you are deported from/otherwise leave the United States, notify the Court (& Probation) in writing of your address and telephone number outside the United States within 72 hours of deportation/departure. Continue to pay all of your financial obligation to the Court (& to Probation) while outside the United States. (474)
25. ☐ Do not drive a motor vehicle without a valid driver's license in your possession or without liability insurance in at least the minim amounts required by law. (374)
26. ☒ Submit to an AIDs test, pursuant to PC § 1202.1(a). (668)
27. ☒ Provide DNA samples and print impressions pursuant to PC §§ 296 and 296.1. (790)
28. ☐ Do not associate with any persons known by you to be criminal street gang members, affiliates, or associates, and stay away from all places where you know such persons congregate, except in an authorized anti-gang program. (918) Do not own, possess, or wear any criminal street gang paraphernalia, or exhibit any indicia of criminal street gang affiliation, including, but not limited to, dressing in, displaying, or wearing any clothing, "colors," or other insignia associated with any criminal street gang, or making, displaying, using, or "flashing" any hand signs or signals associated with any criminal street gang. (916) Obey any gang injunction that applies to you. (399)
29. ☐ Do not remain in any vehicle or location where any dangerous or deadly weapon is possessed, nor remain in the presence of any unlawfully armed person. (933)
30. ☐ Do not be within 100 yards of any public place, or in any vehicle, where you know illegal controlled substances or illegal weapons are present, or where you know the vehicle is stolen or being operated without the owner's consent. (239)

31. ☒ Pay all of the following (check all that apply):

| | |
|---|---|
| ☒ A restitution fine of ☐ $300.00 ☐ $____ ($10,000 max.) per PC § 1202.4(b). (098) | ☐ A drug program fee of $____ per drug count (except H&S § 11357(b)) per H&S § 11372.7(a). (Drug convictions only, $150 max.) |
| ☐ The restitution fine is calculated per formula set out in PC § 1202.4(b)(2). | ☐ A crime prevention fine of $10 per PC § 1202.5 (PC theft-related & vandalism). (SA:CP) |
| ☒ A parole/PRCS revocation restitution fine in the same amount as the restitution fine, per PC § 1202.45, stayed unless parole/PRCS revoked and Defendant returned to prison. (109) | ☐ A sex offender fine of ☐ $300 (1st off.) ☐ $500 (2nd/sub. off.) PC § 290.3, plus penalty assessment. |
| ☐ A probation revocation restitution fine in the same amount as the restitution fine, per PC § 1202.44, payment is stayed until probation is revoked and sentence imposed. | ☐ A child abuse prevention restitution fine of $____, per PC § 294 ($5,000 max.) |
| ☒ A court facilities assessment of $30.00 per GC § 70373(a). (Per count.) (SA:CC) | ☐ A domestic violence payment of ☐ $500 (min.) or ☐ $____ per PC § 1203.097(a)(5). |
| ☐ A state surcharge of $____ per PC § 1465.7 (20% of base fine). (SA:AB) | ☐ A criminal justice administration fee of $____, payable to the local arresting agency, per GC §§ 29550(c), 29550.1, or 29550.2(a) (agency's actual cost). |
| ☒ A court operations assessment of $40.00 per PC § 1465.8(a)(1). (Per count.) (SA:CA) | ☐ _____ |
| ☐ Cost of probation services per PC § 1203.1b, ☐ as determined by the Probation Officer, subject to a hearing if requested ☐ in the amount of $____ per month. | ☐ _____ |
| ☐ A crime lab fee of $50.00 plus penalty assessment per H&S § 11372.5. (184) | ☐ _____ |

32. ☐ _____ RHS + pcap 63

☐ Defendant acknowledges that he/she understands and accepts the terms and conditions of probation. (810)
☐ Defendant is ordered to pay attorney fees ☐ in the amount of $____ ☐ in the amount determined by the Financial Evaluator, pursuant to PC § 987.8(b), through the Clerk's Office. (182)
☐ After a noticed ability to pay hearing.
☐ Counts/Allegations _____ are dismissed/stricken on the People's motion pursuant to PC § 1385 as to this Defendant.

_____
HECTOR M. GUZMAN
Judge/Commissioner of the Superior Court

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of __ pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: 1-6-2026  By: _____, Deputy

CRIM 097 (Rev. 04/18)

**EXHIBIT 5**

- 10 -

- 11 -

# EXHIBIT 6

**EXHIBIT 6**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Criminal Division
### Torrance Dept. - F

24TRCF00029-01                                                                                      March 26, 2025

**The People of the State of California**                                                             8:30 AM
**vs.**
**Escareno, John**

Honorable Hector M. Guzman, Judge
S. Rosario, Judicial Assistant                                              Not Reported, Court Reporter

---

VC10851(a), PC666.5, PC1170.12, PC1170.12, PC487(d)(1), PC666.5, VC2800.1, PC215(a), PC1170.12, VC2800.4, PC215(a), PC1170.12, PC1170.12, VC2800.4

**NATURE OF PROCEEDINGS:** Nunc Pro Tunc Order Hearing

The following parties are present for the aforementioned proceeding:

    No Appearances

---

The matter is called for Nunc Pro Tunc Order Hearing.

It appearing to the Court that through inadvertence and/or clerical error, the minute order of March 20, 2025, in the above-entitled action does not properly reflect the Court's order. At the direction of the Judicial Officer, said minute order is corrected nunc pro tunc as of March 20, 2025, as follows:

By striking: Firearms Prohibited Relinquishment Rpt - Non-Appearance Hrg and Restitution Hearing Setting is set for Friday, May 2, 2025, at 8:30 AM in Torrance Dept. - F.

By adding: Firearms Prohibited Relinquishment Rpt - Non-Appearance Hrg and Restitution Hearing Setting is set for Friday, May 9, 2025, at 8:30 AM in Torrance Dept. - F.

All other orders are to remain in full force and effect.

Minute Order                                                                                        Page 1 of 1

**EXHIBIT 6**
**- 12 -**

# PROOF OF SERVICE

*Salazar v. City of Torrance, et al.*
Case No. 2:24-cv-07692-GW-JC

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On January 9, 2026, I served true copies of the following document(s) described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address lyarvis@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2026, at Irvine, California.

_____ / _____
Linda Yarvis / Bernadette C. Antle

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4924-9892-9031 v1

13

Case No. 2:24-CV-07692-DMG-JC
REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR SUMMARY JUDGMENT

**SERVICE LIST**
*Salazar v. City of Torrance, et al.*
**Case No. 2:24-cv-07692-GW-JC**

| | |
|---|---|
| Dale K. Galipo<br>LAW OFFICES OF DALE K. GALIPO<br><br>*Attorneys for Plaintiff Maria Salazar* | dalekgalipo@yahoo.com<br>ldeleon@galipolaw.com<br>cmayne@galipolaw.com<br>dgilbert@galipolaw.com<br><br>amonguia@galipolaw.com,<br>coopermayne@recap.email<br>hlee@galipolaw.com,<br>msincich@galipolaw.com<br>rvalentine@galipolaw.com<br>sanderson@galipolaw.com<br>slaurel@galipolaw.com |
| Christian Cardona<br>CARDONA LAW FIRM APC<br><br>*Attorneys for Plaintiff Maria Salazar* | Christian@Cardonafirm.com |
| Richard T. Copeland | rtc@conflict-solution.com |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4924-9892-9031 v1

14

Case No. 2:24-CV-07692-DMG-JC
REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR SUMMARY JUDGMENT