1  Mark J. Austin (SBN 208880)
   E-mail:  maustin@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   18300 Von Karman Avenue, Suite 650
3  Irvine, California 92612-1032
   Tel:  949.863.3363   Fax:  949.863.3350
4
   Attorneys for Defendants
5  CITY OF TORRANCE and RYAN CADIZ
6
7
8              UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

| | |
|---|---|
| MARIA SALAZAR,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF TORRANCE, RYAN CADIZ, AND JOHN ESCARENO JR.,<br><br>       Defendants. | Case No. 2:24-CV-07692-DMG-JC<br><br>Judge: Hon. Dolly M. Gee<br>Dept.: 8C<br><br>**NOTICE OF LODGING IN SUPPORT OF DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FRCP 56]**<br><br>**Hearing:**<br>Date: February 6, 2026<br>Time: 2:00 p.m.<br>Dept.: 8C |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4911-2254-0935 v1

1

Case No. 2:24-CV-07692-DMG-JC
NOTICE OF LODGING IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

**TO THE HONORABLE COURT, AND TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants City of Torrance and Ryan Cadiz, through their counsel of record, hereby lodge the following in support of their Motion for Summary Judgment:

1. Thumb drive containing **Exhibit 1** - video of the incident from the dashboard camera of Officer Ryan Cadiz's vehicle. A copy of this video can also be downloaded from the following link (Declaration of Mark J. Austin, ¶¶ 2-3):

https://vault.netvoyage.com/neWeb2/delView.aspx?env=%2FQ13%2Fv%2Fd%2F2%2F9%2F~260109123618774.nev&dn=1&v=1&dl=1&p=0&e=&t=01l0OwV3e7PCh8E0xuesUErjP%2F4%3D&cg=NG-LPATW7I1&hd=1&nf=N&s=VAULT-brown-sm

Dated: January 9, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Mark J. Austin
Attorneys for Defendants
CITY OF TORRANCE and RYAN CADIZ

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4911-2254-0935 v1

2

Case No. 2:24-CV-07692-DMG-JC
NOTICE OF LODGING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

# PROOF OF SERVICE

**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On January 9, 2026, I served true copies of the following document(s) described as **NOTICE OF LODGING IN SUPPORT OF DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address lyarvis@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2026, at Irvine, California.

_____ / _____
Linda Yarvis           / Bernadette C. Antle

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4911-2254-0935 v1

3

Case No. 2:24-CV-07692-DMG-JC
NOTICE OF LODGING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**SERVICE LIST**
**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

| | |
|---|---|
| Dale K. Galipo<br>LAW OFFICES OF DALE K. GALIPO<br><br>*Attorneys for Plaintiff Maria Salazar* | dalekgalipo@yahoo.com<br>ldeleon@galipolaw.com<br>cmayne@galipolaw.com<br>dgilbert@galipolaw.com<br><br>amonguia@galipolaw.com,<br>coopermayne@recap.email<br>hlee@galipolaw.com,<br>msincich@galipolaw.com<br>rvalentine@galipolaw.com<br>sanderson@galipolaw.com<br>slaurel@galipolaw.com |
| Christian Cardona<br>CARDONA LAW FIRM APC<br><br>*Attorneys for Plaintiff Maria Salazar* | Christian@Cardonafirm.com |
| Richard T. Copeland | rtc@conflict-solution.com |

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4911-2254-0935 v1

4

Case No. 2:24-CV-07692-DMG-JC
NOTICE OF LODGING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT