Mark J. Austin (SBN 208880)
maustin@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363 Fax: 949.863.3350

Attorneys for Defendants
CITY OF TORRANCE and RYAN CADIZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MARIA SALAZAR,

Plaintiff,

v.

CITY OF TORRANCE, RYAN CADIZ, AND JOHN ESCARENO JR.,

Defendants.

Case No. 2:24-CV-07692-DMG-JC

Judge: Hon. Dolly M. Gee
Dept.: 8C

**DECLARATION OF MARK J. AUSTIN IN SUPPORT OF DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR SUMMARY JUDGMENT**

**[FRCP 56]**

**Hearing:**
Date: February 6, 2026
Time: 2:00 p.m.
Dept.: 8C

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

Case No. 2:24-CV-07692-DMG-JC
DECL. OF MARK J. AUSTIN ISO DEFS' MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF MARK J. AUSTIN

I, Mark J. Austin, declare as follows:

1. I am a partner with Burke, Williams & Sorensen, LLP, attorneys of record for Defendants City of Torrance and Ryan Cadiz ("Defendants") in this matter. I am an attorney in good standing with all courts in the State of California. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently thereto under oath. I make this declaration in support of Defendants' accompanying motion for summary judgment.

2. Submitted herewith as Defendants' **Exhibit 1** is the dashcam video from Defendant Ryan Cadiz's patrol vehicle from the subject incident. It is submitted herewith in two ways: (1) as a file on a thumb drive that is being delivered to the Court, and (2) as a file that can be downloaded from this link: https://vault.netvoyage.com/neWeb2/delView.aspx?env=%2FQ13%2Fv%2Fd%2F2%2F9%2F~260109123618774.nev&dn=1&v=1&dl=1&p=0&e=&t=01l0OwV3e7PCh8E0xuesUErjP%2F4%3D&cg=NG-LPATW7I1&hd=1&nf=N&s=VAULT-brown-sm

3. I obtained the video that is included in the thumb drive and the link from the City of Torrance Police Department, and my office placed it on the thumb drive and in the link. I forwarded each of these to Defendant Cadiz, who confirmed that the video is the one from his dashboard camera capturing the subject incident.

4. The accompanying Motion is made following the conference of counsel required by Central District Local Rule 7-3. This conference took place on December 15, 2025, in a telephone conversation between myself and counsel for Plaintiff, Cooper Mayne. We discussed Defendants' arguments for summary judgment and the Plaintiff's responses thereto.

5. Attached to the accompanying Request for Judicial Notice as **Exhibit 4** is a true and correct copy of a Minute Order of the Honorable Hector M. Guzman, dated March 20, 2025, from Pre-Trial Conference Hearing, in Los Angeles County

Superior Court Case No. 24TRCF00029-01, against Defendant John Escareno. This order was downloaded from the Court's website.

6. Attached to the accompanying Request for Judicial Notice as **Exhibit 5** is a true and correct copy of a Felony Sentencing Memorandum, dated May 20, 2025, from Los Angeles County Superior Court Case No. 24TRCF00029-01, against Defendant John Escareno. This order was downloaded from the Court's website.

7. Attached to the accompanying Request for Judicial Notice as **Exhibit 6** is a true and correct copy of a Minute Order of the Honorable Hector M. Guzman, dated March 26, 2025, from Nunc Pro Tunc Order Hearing, in Los Angeles County Superior Court Case No. 24TRCF00029-01, against Defendant John Escareno. This order was downloaded from the Court's website.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on this 9th day of January, 2026, at Irvine, California.

Mark J. Austin

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

3

Case No. 2:24-CV-07692-DMG-JC
DECL. OF MARK J. AUSTIN ISO DEFS' MOTION FOR SUMMARY JUDGMENT

# PROOF OF SERVICE

***Salazar v. City of Torrance, et al.***
**Case No. 2:24-cv-07692-GW-JC**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On January 9, 2026, I served true copies of the following document(s) described as **DECLARATION OF MARK J. AUSTIN IN SUPPORT OF DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address lyarvis@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2026, at Irvine, California.

/

Linda Yarvis / Bernadette C. Antle

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4

Case No. 2:24-CV-07692-DMG-JC
DECL. OF MARK J. AUSTIN ISO DEFS' MOTION FOR SUMMARY JUDGMENT

**SERVICE LIST**
***Salazar v. City of Torrance, et al.***
**Case No. 2:24-cv-07692-GW-JC**

| | |
|---|---|
| Dale K. Galipo<br>LAW OFFICES OF DALE K. GALIPO<br><br>*Attorneys for Plaintiff Maria Salazar* | dalekgalipo@yahoo.com<br>ldeleon@galipolaw.com<br>cmayne@galipolaw.com<br>dgilbert@galipolaw.com<br><br>amonguia@galipolaw.com,<br>coopermayne@recap.email<br>hlee@galipolaw.com,<br>msincich@galipolaw.com<br>rvalentine@galipolaw.com<br>sanderson@galipolaw.com<br>slaurel@galipolaw.com |
| Christian Cardona<br>CARDONA LAW FIRM APC<br><br>*Attorneys for Plaintiff Maria Salazar* | Christian@Cardonafirm.com |
| Richard T. Copeland | rtc@conflict-solution.com |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

5

Case No. 2:24-CV-07692-DMG-JC
DECL. OF MARK J. AUSTIN ISO DEFS' MOTION FOR SUMMARY JUDGMENT