Mark J. Austin (SBN 208880)
maustin@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for Defendant
CITY OF TORRANCE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA SALAZAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF TORRANCE, RYAN CADIZ, AND JOHN ESCARENO JR.,<br><br>　　　　　Defendants. | Case No. 2:24-CV-07692-DMG-JC<br><br>Judge: Hon. Dolly M. Gee<br>Dept.: 8C<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER ON DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FRCP 56]**<br><br><u>**Hearing:**</u><br>Date: February 6, 2026<br>Time: 2:00 p.m.<br>Dept.: 8C |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4897-1663-7831 v1

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

Case No. 2:24-CV-07692-DMG-JC
NOTICE OF LODGING OF [PROPOSED] ORDER
ON CITY'S MOTION FOR SUMMARY
JUDGMENT

1  Defendants City of Torrance and Ryan Cadiz ("Defendants") hereby lodge
2  herewith the [Proposed] Order on their Motion for Summary Judgment ("Motion"),
3  filed on January 9, 2026 [Dkt. No. 44].

5  Dated:  January 12, 2026            BURKE, WILLIAMS & SORENSEN, LLP

8              By:    /s/ Mark J. Austin
9                     Mark J. Austin
                      Attorneys for Defendant
10                    CITY OF TORRANCE

4897-1663-7831 v1       2       Case No. 2:24-CV-07692-DMG-JC
NOTICE OF LODGING OF [PROPOSED] ORDER ON CITY'S MOTION FOR SUMMARY JUDGMENT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

# PROOF OF SERVICE

**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On January 12, 2026, I served true copies of the following document(s) described as **NOTICE OF LODGING OF [PROPOSED] ORDER ON DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address bantle@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 12, 2026, at Irvine, California.

/s/ Bernadette C. Antle
Bernadette C. Antle

4897-1663-7831 v1   1   Case No. 2:24-CV-07692-DMG-JC
NOTICE OF LODGING OF [PROPOSED] ORDER ON CITY'S MOTION FOR SUMMARY JUDGMENT

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

**SERVICE LIST**
**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

| | |
|---|---|
| Dale K. Galipo<br>LAW OFFICES OF DALE K. GALIPO<br><br>*Attorneys for Plaintiff Maria Salazar* | dalekgalipo@yahoo.com<br>ldeleon@galipolaw.com<br>cmayne@galipolaw.com<br>dgilbert@galipolaw.com<br><br>amonguia@galipolaw.com,<br>coopermayne@recap.email<br>hlee@galipolaw.com,<br>msincich@galipolaw.com<br>rvalentine@galipolaw.com<br>sanderson@galipolaw.com<br>slaurel@galipolaw.com |
| Christian Cardona<br>CARDONA LAW FIRM APC<br><br>*Attorneys for Plaintiff Maria Salazar* | Christian@Cardonafirm.com |
| Richard T. Copeland | rtc@conflict-solution.com |

4897-1663-7831 v1

2

Case No. 2:24-CV-07692-DMG-JC
NOTICE OF LODGING OF [PROPOSED] ORDER ON CITY'S MOTION FOR SUMMARY JUDGMENT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY