Mark J. Austin (SBN 208880)
maustin@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for Defendant
CITY OF TORRANCE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA SALAZAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF TORRANCE, RYAN CADIZ, AND JOHN ESCARENO JR.,<br><br>　　　　Defendants. | Case No. 2:24-CV-07692-DMG-JC<br><br>Judge: Hon. Dolly M. Gee<br>Dept.: 8C<br><br>**[PROPOSED] ORDER ON DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FRCP 56]**<br><br>**Hearing:**<br>Date: February 6, 2026<br>Time: 2:00 p.m.<br>Dept.: 8C |

4928-3529-7159 v1

1

Case No. 2:24-CV-07692-DMG-JC
[PROPOSED] ORDER ON CITY'S MOTION FOR SUMMARY JUDGMENT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

# [PROPOSED] ORDER

The Motion for Summary Judgment ("Motion"), filed by Defendants City of Torrance and Ryan Cadiz ("Defendants") on January 9, 2026 [Dkt. No. 44], has been considered by the Court, the Honorable Dolly M. Gee, presiding. Having considered the Motion, any papers filed in support of and in opposition thereto, the documents on file in this action, and the written and/or oral arguments of counsel, and good cause appearing therefor, **IT IS HEREBY ORDERED:**

The Motion for Summary Judgment is [GRANTED/DENIED].

**IT IS SO ORDERED.**

DATED: _____    _____
                                  Hon. Dolly M. Gee
                                  U.S. District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4928-3529-7159 v1

2

Case No. 2:24-CV-07692-DMG-JC
[PROPOSED] ORDER ON CITY'S MOTION FOR SUMMARY JUDGMENT

# PROOF OF SERVICE

**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On January 12, 2026, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address bantle@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 12, 2026, at Irvine, California.

/s/ Bernadette C. Antle
Bernadette C. Antle

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4928-3529-7159 v1

1

Case No. 2:24-CV-07692-DMG-JC
[PROPOSED] ORDER ON CITY'S MOTION FOR SUMMARY JUDGMENT

**SERVICE LIST**
**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

| | |
|---|---|
| Dale K. Galipo<br>LAW OFFICES OF DALE K. GALIPO<br><br>*Attorneys for Plaintiff Maria Salazar* | dalekgalipo@yahoo.com<br>ldeleon@galipolaw.com<br>cmayne@galipolaw.com<br>dgilbert@galipolaw.com<br><br>amonguia@galipolaw.com,<br>coopermayne@recap.email<br>hlee@galipolaw.com,<br>msincich@galipolaw.com<br>rvalentine@galipolaw.com<br>sanderson@galipolaw.com<br>slaurel@galipolaw.com |
| Christian Cardona<br>CARDONA LAW FIRM APC<br><br>*Attorneys for Plaintiff Maria Salazar* | Christian@Cardonafirm.com |
| Richard T. Copeland | rtc@conflict-solution.com |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4928-3529-7159 v1

2

Case No. 2:24-CV-07692-DMG-JC
[PROPOSED] ORDER ON CITY'S MOTION FOR SUMMARY JUDGMENT