Mark J. Austin (SBN 208880)
maustin@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363 Fax: 949.863.3350

Attorneys for Defendant
CITY OF TORRANCE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA SALAZAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF TORRANCE, RYAN CADIZ, AND JOHN ESCARENO JR.,<br><br>　　　　　Defendants. | Case No. 2:24-CV-07692-DMG-JC<br><br>Judge: Hon. Dolly M. Gee<br>Dept.: 8C<br><br>**[PROPOSED] ORDER ON DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR RECONSIDERATION OF REQUEST TO RE-OPEN DISCOVERY TO ALLOW DEPOSITION OF PLAINTIFF**<br><br>**[CD Local Rule 7-18]**<br><br>**Hearing:**<br>Date: February 20, 2026<br>Time: 9:30 a.m.<br>Dept.: 8C |

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4932-3440-0904 v1

1

Case No. 2:24-CV-07692-DMG-JC
[PROPOSED] ORDER ON DEFENDANTS'
MOTION FOR RECONSIDERATION

# [PROPOSED] ORDER

The Motion for Reconsideration of Defendants' Request to Re-Open Discovery to Allow Deposition of Plaintiff ("Motion"), filed by Defendants City of Torrance and Ryan Cadiz ("Defendants") on January 14, 2026, has been considered by the Court, the Honorable Dolly M. Gee, presiding. Having considered the Motion, any papers filed in support of and in opposition thereto, the documents on file in this action, and the written and/or oral arguments of counsel, and good cause appearing therefor, **IT IS HEREBY ORDERED:**

The Motion for Reconsideration of Request to Re-Open Discovery to Allow Deposition of Plaintiff is hereby GRANTED. Defendants shall be entitled to depose Plaintiff Maria Salazar on or before _____. Non-expert discovery shall be re-opened for that limited purpose.

**IT IS SO ORDERED.**

DATED: _____          _____
                                     Hon. Dolly M. Gee
                                     U.S. District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4932-3440-0904 v1

2

Case No. 2:24-CV-07692-DMG-JC
[PROPOSED] ORDER ON DEFENDANTS'
MOTION FOR RECONSIDERATION

1

## PROOF OF SERVICE

2

**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

3

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

4

5

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

6

7

On January 14, 2026, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S MOTION FOR RECONSIDERATION OF REQUEST TO RE-OPEN DISCOVERY TO ALLOW DEPOSITION OF PLAINTIFF** on the interested parties in this action as follows:

8

9

### SEE ATTACHED SERVICE LIST

10

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address bantle@bwslaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

11

12

13

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

14

15

16

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

17

18

Executed on January 14, 2026, at Irvine, California.

19

20

/s/ Bernadette C. Antle

21

Bernadette C. Antle

22

23

24

25

26

27

28

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4932-3440-0904 v1

1

Case No. 2:24-CV-07692-DMG-JC
[PROPOSED] ORDER ON DEFENDANTS'
MOTION FOR RECONSIDERATION

1

**SERVICE LIST**
**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

2

3

4     Dale K. Galipo                     dalekgalipo@yahoo.com
      LAW OFFICES OF DALE               ldeleon@galipolaw.com
5     K. GALIPO                          cmayne@galipolaw.com
                                         dgilbert@galipolaw.com
6     *Attorneys for Plaintiff*
      *Maria Salazar*                    amonguia@galipolaw.com,
7                                        coopermayne@recap.email
                                         hlee@galipolaw.com,
8                                        msincich@galipolaw.com
                                         rvalentine@galipolaw.com
9                                        sanderson@galipolaw.com
                                         slaurel@galipolaw.com
10

11    Christian Cardona                  Christian@Cardonafirm.com
      CARDONA LAW FIRM
12    APC

13    *Attorneys for Plaintiff*
      *Maria Salazar*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4932-3440-0904 v1

2

Case No. 2:24-CV-07692-DMG-JC
[PROPOSED] ORDER ON DEFENDANTS'
MOTION FOR RECONSIDERATION