

1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Cooper Alison-Mayne (SBN 343169)
3  cmayne@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Phone: (818) 347-3333
5

6  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MARIA SALAZAR, | Case No.: 2:24-CV-07692-DMG-JC |
| --- | --- |
| Plaintiff, | Judge Gee |
| vs. | **PLAINTIFF'S NOTICE OF LODGING EXHIBIT A TO THE DECLARATION OF COOPER ALISON-MAYNE (Dkt. 53-1)** |
| CITY OF TORRANCE; RYAN CADIZ; JOHN ESCARENO JR., | |
| Defendants. | Date: February 6, 2026<br>Time: 2:00 p.m.<br>Crtrm: 8C |

1  TO THE HONORABLE COURT, AND TO THE PARTIES AND THEIR
2  COUNSEL OF RECORD:
3      Plaintiff Maria Salazar, through her counsel of record, hereby lodges a USB
4  flash drive as **Exhibit A,** relevant portions of the video of the incident produced by
5  Defendants City of Torrance and Ryan Cadiz during discovery, which is the same
6  video submitted by Defendants as Exhibit 1 to ECF 46, excerpted to include only
7  the footage most relevant to the matters at issue.

9  Dated: January 16, 2026          **LAW OFFICES OF DALE K. GALIPO**

11                By:    /s/   *Cooper Alison-Mayne*
12                       Dale K. Galipo
                         Cooper Alison-Mayne
13                       *Attorneys for Plaintiff*