1  Mark J. Austin (SBN 208880)
   maustin@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   18300 Von Karman Avenue, Suite 650
3  Irvine, California 92612-1032
   Tel: 949.863.3363 Fax: 949.863.3350
4
   Attorneys for Defendants
5  CITY OF TORRANCE and RYAN
   CADIZ
6

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  MARIA SALAZAR,                    Case No. 2:24-CV-07692-DMG-JC

12          Plaintiff,                Judge: Hon. Dolly M. Gee
                                      Dept.: 8C
13      v.
                                      **DEFENDANTS CITY OF
14  CITY OF TORRANCE, RYAN            TORRANCE AND RYAN CADIZ'S
    CADIZ, AND JOHN ESCARENO JR.,     OBJECTIONS TO PLAINTIFF'S
15                                    EVIDENCE IN SUPPORT OF
          Defendants.                 OPPOSITION TO DEFENDANTS'
16                                    MOTION FOR SUMMARY
                                      JUDGMENT**
17
                                      **[FRCP 56]**
18
                                      **Hearing:**
19                                    Date: February 6, 2026
                                      Time: 2:00 p.m.
20                                    Dept.: 8C

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8030-0171 v1                    1        Case No. 2:22-cv-04261-MRA
                                              DEFS' OBJECTIONS TO PLAINTIFF'S
                                              EVIDENCE IN SUPPORT OF OPPO. TO MSJ

Defendants CITY OF TORRANCE and RYAN CADIZ ("Defendants")
hereby submit these objections to the evidence that has been submitted by Plaintiff
Maria Salazar ("Plaintiff") in support of her Opposition to Defendants' Motion for
Summary Judgment—specifically, the Declaration of Cooper Alison-Mayne and
Exhibits thereto (Dkt. 53-1).

## OBJECTIONS TO DECLARATION OF COOPER ALISON-MAYNE AND EXHIBITS THERETO (DKT. 53-1)

| DECLARATION OF COOPER ALISON-MAYNE (DOC. 53-1) | | | |
|---|---|---|---|
| No. | Material Objected to | Grounds for Objection | Court's Ruling |
| 1. | Page 2, lines 16-18<br><br>"Attached hereto as 'Exhibit C' is a true and correct copy of Ryan Cadiz Supplemental Report produced by Defendants as City of Torrance and Ryan Cadiz during discovery." | Lack of foundation. (FRE 104.)<br><br>Hearsay. (FRE 801-802.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br>Hon. Dolly M. Gee |
| 2. | Page 2, lines 19-21<br><br>"Attached hereto as 'Exhibit D' is a true and correct copy of Screenshots from Body Worn Camera produced by Defendants as City of | Lack of foundation. (FRE 104.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br>Hon. Dolly M. Gee |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8030-0171 v1                    2                    Case No. 2:22-cv-04261-MRA
DEFS' OBJECTIONS TO PLAINTIFF'S
EVIDENCE IN SUPPORT OF OPPO. TO MSJ

| DECLARATION OF COOPER ALISON-MAYNE (DOC. 53-1) | | |
|---|---|---|
| **No.** | **Material Objected to** | **Grounds for Objection** | **Court's Ruling** |
| | Torrance and Ryan Cadiz during discovery." | | |
| 3. | Page 2, lines 25-27<br><br>"Attached hereto as 'Exhibit F' is a true and correct copy of Screenshot from Motorcycle Officer Camera, produced from Defendants as City of Torrance and Ryan Cadiz during discovery." | Lack of foundation. (FRE 104.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br>Hon. Dolly M. Gee |
| 4. | Page 3, lines 1-3<br><br>"Attached hereto as 'Exhibit G' is a true and correct copy of Screenshots from Body Worn Camera, produced from Defendants as City of Torrance and Ryan Cadiz during discovery." | Lack of foundation. (FRE 104.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br>Hon. Dolly M. Gee |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8030-0171 v1

3

Case No. 2:22-cv-04261-MRA
DEFS' OBJECTIONS TO PLAINTIFF'S
EVIDENCE IN SUPPORT OF OPPO. TO MSJ

| DECLARATION OF COOPER ALISON-MAYNE (DOC. 53-1) | | | |
|------|---------------------|----------------------|---------------|
| **No.** | **Material Objected to** | **Grounds for Objection** | **Court's Ruling** |
| 5. | Page 3, lines 4-6<br><br>"Attached hereto as 'Exhibit H' is a true and correct copy of Screenshots Officer Body Worn Camera, which was produced from Defendants as City of Torrance and Ryan Cadiz during discovery." | Lack of foundation.<br><br>(FRE 104.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br>Hon. Dolly M. Gee |
| 6. | Page 3, lines 7-8<br><br>"Attached hereto as 'Exhibit J' is a true and correct copy of Screenshots from Exhibit A." | Lack of foundation.<br><br>(FRE 104.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br>Hon. Dolly M. Gee |

| DECLARATION OF COOPER ALISON-MAYNE (DOC. 53-1) | | |
|---|---|---|
| **No.** | **Material Objected to** | **Grounds for Objection** | **Court's Ruling** |
| 7. | Pl's Exhibit C | Hearsay. (FRE 801-802.)<br><br>Failure to authenticate. (FRE 901.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br><br>Hon. Dolly M. Gee |
| 8. | Pl's Exhibit D | Failure to authenticate. (FRE 901.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br><br>Hon. Dolly M. Gee |
| 9. | Pl's Exhibit F | Failure to authenticate. (FRE 901.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br><br>Hon. Dolly M. Gee |

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4901-8030-0171 v1

5

Case No. 2:22-cv-04261-MRA
DEFS' OBJECTIONS TO PLAINTIFF'S
EVIDENCE IN SUPPORT OF OPPO. TO MSJ

| DECLARATION OF COOPER ALISON-MAYNE (DOC. 53-1) | | |
|---|---|---|
| **No.** | **Material Objected to** | **Grounds for Objection** | **Court's Ruling** |

| **No.** | **Material Objected to** | **Grounds for Objection** | **Court's Ruling** |
|---|---|---|---|
| 10. | PL's Exhibit G | Failure to authenticate. (FRE 901.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br>Hon. Dolly M. Gee |
| 11. | Pl's Exhibit H | Failure to authenticate. (FRE 901.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br>Hon. Dolly M. Gee |
| 12. | Pl's Exhibit J | Failure to authenticate. (FRE 901.) | Sustained: _____<br><br>Overruled: _____<br><br>_____<br>Hon. Dolly M. Gee |

\ \ \

\ \ \

\ \ \

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles

4901-8030-0171 v1

6

Case No. 2:22-cv-04261-MRA
DEFS' OBJECTIONS TO PLAINTIFF'S
EVIDENCE IN SUPPORT OF OPPO. TO MSJ

1  Dated: January 29, 2026                    BURKE, WILLIAMS & SORENSEN, LLP

2

3

4                                            By:    /s/ Mark J. Austin

5                                                   Mark J. Austin
                                                    Attorneys for Defendants
6                                                   CITY OF TORRANCE and RYAN
                                                    CADIZ
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8030-0171 v1                            7                    Case No. 2:22-cv-04261-MRA
                                                    DEFS' OBJECTIONS TO PLAINTIFF'S
                                             EVIDENCE IN SUPPORT OF OPPO. TO MSJ

## PROOF OF SERVICE

### Salazar v. City of Torrance, et al.
### Case No. 2:24-cv-07692-GW-JC

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On January 29, 2026, I served true copies of the following document(s) described as **DEFENDANTS CITY OF TORRANCE AND RYAN CADIZ'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address bantle@bwslaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 29, 2026, at Irvine, California.


/s/ Bernadette C. Antle
Bernadette C. Antle

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles

4901-8030-0171 v1

1

Case No. 2:22-cv-04261-MRA
DEFS' OBJECTIONS TO PLAINTIFF'S
EVIDENCE IN SUPPORT OF OPPO. TO MSJ

**SERVICE LIST**
**Salazar v. City of Torrance, et al.**
**Case No. 2:24-cv-07692-GW-JC**

| | | |
|---|---|---|
| Dale K. Galipo | dalekgalipo@yahoo.com | |
| LAW OFFICES OF DALE K. GALIPO | ldeleon@galipolaw.com | |
| | cmayne@galipolaw.com | |
| | dgilbert@galipolaw.com | |
| *Attorneys for Plaintiff Maria Salazar* | amonguia@galipolaw.com, | |
| | coopermayne@recap.email | |
| | hlee@galipolaw.com, | |
| | msincich@galipolaw.com | |
| | rvalentine@galipolaw.com | |
| | sanderson@galipolaw.com | |
| | slaurel@galipolaw.com | |
| | | |
| Christian Cardona | Christian@Cardonafirm.com | |
| CARDONA LAW FIRM APC | | |
| | | |
| *Attorneys for Plaintiff Maria Salazar* | | |
| | | |
| Richard T. Copeland | rtc@conflict-solution.com | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8030-0171 v1

2

Case No. 2:22-cv-04261-MRA
DEFS' OBJECTIONS TO PLAINTIFF'S
EVIDENCE IN SUPPORT OF OPPO. TO MSJ