1   **LAW OFFICES OF DALE K. GALIPO**
2   Dale K. Galipo (SBN 144074)
    dalekgalipo@yahoo.com
3   Cooper Alison-Mayne (SBN 343169)
    cmayne@galipolaw.com
4   21800 Burbank Boulevard, Suite 310
    Woodland Hills, CA 91367
5   Phone: (818) 347-3333

6   *Attorneys for Plaintiff*

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MARIA SALAZAR,           Case No.: 2:24-CV-07692-DMG-JC
                                Judge Dolly M. Gee
12             Plaintiff,

13        vs.                   **JOINT NOTICE OF SETTLEMENT**
                                **AND REQUEST TO VACATE ALL**
14   CITY OF TORRANCE; RYAN     **DATES AND DEADLINES**
    CADIZ; and JOHN ESCARENO JR.,
15

16             Defendants.

17



18   TO THE COURT AND ALL INTERESTED PARTIES:

19        Plaintiff Maria Salazar ("Plaintiff") and Defendants City of Torrance and

20   Ryan Cadiz ("City Defendants"), by and through their respective counsel of record,

21   hereby notify the Court that Plaintiff and City Defendants have reached a

22   settlement in principle of all claims between them in this action. The parties are

23   currently finalizing the written settlement agreement.

24        Pursuant to the terms of the settlement, payment is to be made within sixty

25   (60) days of execution of the settlement agreement. Upon receipt of the settlement

26   funds, the parties will file a Joint Stipulation of Dismissal with Prejudice pursuant

27   to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing the entire action.

28

In light of this settlement, the parties respectfully request that the Court vacate all dates and deadlines currently on the calendar, including:

- **Defendants' Motion for Summary Judgment hearing currently set for February 6, 2026 at 2:00 p.m.;**
- Defendants' Motion for Reconsideration hearing currently set for February 20, 2026 at 9:30 a.m.;
- Final Pretrial Conference currently set for March 31, 2026 at 2:00 p.m.; and
- Jury Trial currently set for April 28, 2026 at 8:30 a.m..

The parties further request that all remaining pretrial deadlines, including expert disclosure and discovery deadlines, be vacated.

The parties anticipate filing their joint stipulation to dismiss this action with prejudice within sixty (60) days.

Dated: February 4, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:    /s/   Cooper Alison-Mayne
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorneys for Plaintiff*

Dated: February 4, 2026          **BURKE, WILLIAMS, & SORENSEN, LLP**

By:    /s/ Mark Austin
Mark J. Austin
Michelle H. Le
*Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

LAW OFFICES OF
DALE K. GALIPO
CIVIL RIGHTS ATTORNEYS