# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALAZAR,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF TORRANCE; RYAN CADIZ; and JOHN ESCARENO JR.,<br><br>        Defendants. | Case No.: 2:24-CV-07692-DMG-JC<br>Judge Dolly M. Gee<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO VACATE ALL DATES AND DEADLINES** |

1

1     The Court, having reviewed the parties' Notice of Settlement and Stipulation to Vacate All Dates, and good cause appearing, hereby ORDERS as follows:

    1. Defendants' Motion for Summary Judgment hearing currently set for February 6, 2026, at 2:00 p.m. is VACATED;

    2. Defendants' Motion for Reconsideration hearing currently set for February 20, 2026, at 9:30 a.m. is VACATED;

    3. The Final Pretrial Conference currently set for March 31, 2026, at 2:00 p.m. is VACATED;

    4. The Jury Trial currently set for April 28, 2026, at 8:30 a.m. is VACATED; and

    5. All remaining pretrial deadlines, including expert disclosure and discovery deadlines, are VACATED.

    The parties shall file a Joint Stipulation of Dismissal with Prejudice or a Status Report within sixty (60) days of this Order.

**IT IS SO ORDERED:**

Dated:

    Hon. Dolly M. Gee
    United States District Judge