UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALAZAR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF TORRANCE; RYAN CADIZ; and JOHN ESCARENO JR.,<br><br>　　　　Defendants. | No. CV 24-7692-DMG (JCx)<br><br>**ORDER RE STIPULATION TO VACATE ALL DATES AND DEADLINES [58]** |

　　　　The Court, having reviewed Plaintiff Maria Salazar and Defendants City of Torrance and Ryan Cadiz's ("the Parties'") Notice of Settlement and Stipulation to Vacate All Dates [Doc. # 58], and good cause appearing, hereby **ORDERS** as follows:

　　1.　　Defendants' Motion for Summary Judgment [Doc. # 44] is **DENIED** as **MOOT**. The hearing scheduled for February 6, 2026, at 2:00 p.m. is **VACATED**;

　　2.　　Defendants' Motion for Reconsideration [Doc. # 52] is **DENIED** as **MOOT**. The hearing scheduled for February 20, 2026, at 9:30 a.m. is **VACATED**;

　　3.　　The Final Pretrial Conference currently set for March 31, 2026, at 2:00 p.m. is **VACATED**;

4. The Jury Trial currently set for April 28, 2026, at 8:30 a.m. is **VACATED**; and

5. All remaining pretrial deadlines, including expert disclosure and discovery deadlines, are **VACATED**.

The Parties shall file a Joint Stipulation of Dismissal with Prejudice or a Status Report within sixty (60) days of this Order. The Parties are ordered to show cause by **February 18, 2026** why Defendant John Escareno, Jr. should not be dismissed under Federal Rule of Civil Procedure 4(m).[1]

**IT IS SO ORDERED.**

DATED: February 4, 2026

                                                       DOLLY M. GEE
                                         Chief United States District Judge

---

[1] On October 2, 2024, Plaintiff filed a proof of service of the First Amended Complaint on Defendant John Escareno Jr. [Doc. # 20.] On May 7, 2025, Defendants City of Torrance and Ryan Cadiz filed a proof of service of their Amended Answer and Crossclaim against Cross-Defendant John Escareno Jr. [Doc. # 31.] To date, Escareno has not appeared in the case.