# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARIA SALAZAR

PLAINTIFF(S),

v.

CITY OF TORRANCE, et al.

DEFENDANT(S).

CASE NUMBER:

2:24−cv−7692−DMG−JC

**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER**

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon.   __Anna Y. Park__  , Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:   __2:24−cv−7692−DMG(AYPx)__  . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

By:  /s/ *Rebeca D Olmos*
Deputy Clerk

 February 6, 2026
Date