

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff MARIA SALAZAR*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALAZAR,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TORRANCE; RYAN CADIZ; and JOHN ESCARENO JR.,<br><br>Defendants. | Case No.: 2:24-CV-07692-DMG-JC<br>Honorable Dolly M. Gee<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff respectfully responds to the Court's Order to Show Cause (ECF No. 59) regarding Defendant John Escareno, Jr. as follows:

Defendant Escareno was not named as a defendant by Plaintiff in the original Complaint. Rather, Defendant Escareno was brought into this action by Defendants City of Torrance and Ryan Cadiz through their Amended Answer and Crossclaim (ECF No. 31), in which the City Defendants asserted cross-claims against Escareno as a cross-defendant. Plaintiff has never asserted any claims directly against Defendant Escareno and has no interest in maintaining him as a party to this litigation.

Accordingly, Plaintiff has no objection to the dismissal of Defendant John Escareno, Jr. from this action in its entirety. Plaintiff respectfully requests that the Court dismiss Defendant Escareno with prejudice to the extent any claims exist against him, or in whatever manner the Court deems appropriate.

Dated: February 17, 2026     **LAW OFFICES OF DALE K. GALIPO**

By: */s/   Cooper Mayne*
Dale K. Galipo
Cooper Mayne
*Attorneys for Plaintiff*