UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. | CV 24-7692-DMG (AYPx) |
| Date | February 27, 2026 |
| Title | *Maria Salazar v. City of Torrance, et al.* |
| Page | **1** of **1** |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISCHARGING ORDER TO SHOW CAUSE [59]**

On February 4, 2026, the Court ordered Plaintiff Maria Salazar and Defendants City of Torrance and Ryan Cadiz (hereinafter, "the Parties") to show cause by February 18, 2026 why Defendant John Escareno, Jr. should not be dismissed from the action. [Doc. # 59 ("OSC").] The Court issued the OSC after the Parties filed a joint request to vacate all dates and deadlines and a notice of settlement. [Doc. # 58.] Plaintiff filed a response to the Court's OSC, indicating she has no objection to the dismissal of Defendant John Escareno, Jr., from the action. [Doc. # 61.] Defendants City of Torrance and Cadiz did not file a response to the OSC.

Accordingly, the Court hereby **DISMISSES** all claims and crossclaims against Defendant Escareno, Jr., **without prejudice**.[1]  The OSC is hereby **DISCHARGED**.  This action is administratively closed pending receipt of the Parties' Joint Stipulation of Dismissal.

**IT IS SO ORDERED.**

---

[1] As Defendants have not responded to the Court's OSC as to John Escareno, Jr.'s status as a cross-defendant, the Court will dismiss Escareno without prejudice until such time as Defendants clarify their position.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|