**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff MARIA SALAZAR*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALAZAR,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF TORRANCE; RYAN CADIZ; and JOHN ESCARENO JR.,<br><br>                    Defendants. | Case No.: 2:24-CV-07692-DMG-JC<br>Honorable Dolly M. Gee<br><br><br>**STATUS REPORT** |

1

Case 2:24-cv-07692-DMG-AYP   Document 63   Filed 04/06/26   Page 2 of 2   Page ID #:1074

# STATUS REPORT

Pursuant to the Court's Order (Dkt. 59), Plaintiffs respectfully submit this Status Report to notify the Court that the settlement check is anticipated to be received and cleared within one to two weeks of today's date. Upon the check's clearance, the parties will promptly file a joint stipulations for dismissal of all claims.

Dated: April 6, 2026                    **LAW OFFICES OF DALE K. GALIPO**

                                        By:   */s/   Cooper Mayne*
                                              Dale K. Galipo
                                              Cooper Mayne
                                              *Attorneys for Plaintiff*

LAW OFFICES OF
**DALE K. GALIPO**
CIVIL RIGHTS ATTORNEYS

2