**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALAZAR,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF TORRANCE; RYAN CADIZ; and JOHN ESCARENO JR.,<br><br>          Defendants. | Case No.: 2:24-CV-07692-DMG-JC<br>Honorable Dolly M. Gee<br><br><br>**JOINT STIPULATION TO DISMISS** |

1

## JOINT STIPULATION TO DISMISS

Plaintiff MARIA SALAZAR, by and through his/her attorneys of record, and Defendants CITY OF TORRANCE and RYAN CADIZ, by and through their attorneys of record, hereby stipulate that this entire action be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All parties to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: April 21, 2026    **LAW OFFICES OF DALE K. GALIPO**

By:    /s/    *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]

*Attorneys for Plaintiff*

Dated: April 21, 2026    **BURKE, WILLIAMS, & SORENSEN, LLP**

By:    /s/    Mark J. Austin
Mark J. Austin
Michelle H. Le
*Attorneys for Defendant City of Torrance and Ryan Cadiz*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2