**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARIA SALAZAR,

               Plaintiff,

     vs.

CITY OF TORRANCE; RYAN
CADIZ; and JOHN ESCARENO JR.,

             Defendants.

Case No. CV 24-7692-DMG (AYPx)

**ORDER RE JOINT STIPULATION
TO DISMISS [64]**

1
ORDER

On April 21, 2026, the parties filed a Joint Stipulation to Dismiss the entire action with prejudice. [Doc. # 64.]  The Court **APPROVES** the parties' Stipulation. **IT IS HEREBY ORDERED** that the above-captioned action is dismissed in its entirety, **with prejudice**, with each party to bear its own costs and attorneys' fees.

DATED:  April 21, 2026

_____
DOLLY M. GEE
Chief United States District Judge

2
ORDER